|  |  |  |
|---|---|---|
| AARON SEE, on behalf of himself and all others similarly situated, | ) ) ) | **United States District Court** **Southern District of Indiana** |
| Plaintiffs, | ) ) ) | |
| | ) | Case No.: 1:26-cv-148 |
| v. | ) ) | |
| Seeking Health, LLC, | ) ) | **STIPULATION OF DISMISSAL** **WITH PREJUDICE** |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated:  May 20, 2026

/s/ Jason B. Marshall
By: Jason B. Marshall
EQUAL ACCESS LAW GROUP, PLLC
IN Bar No.: 36889-49
4903 Avenue N,
Brooklyn, NY 11234
jmarshall@ealg.law
(463) 777-4196
*Attorneys for Plaintiff*

/s/ Zachary A. Ahonen
Zachary A. Ahonen
Samantha L. Barnfather
JACKSON LEWIS P.C.
111 Monument Circle, Suite 2600
Indianapolis, IN 46204
Tel: (317) 489-6930
Fax: (317) 489-6931
zachary.ahonen@jacksonlewis.com
samantha.barnfather@jacksonlewis.com
*Attorneys for Defendant*
Seeking Health, LLC